

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EL PASO COUNTY HOSPITAL | | No. 08-15-00153-CV |
| DISTRICT D/B/A UNIVERSITY | § | |
| MEDICAL CENTER OF EL PASO | | Appeal from the |
| AND UMC OF EL PASO, | § | |
| | | 327th District Court |
| APPELLANTS, | § | |
| | | of El Paso County, Texas |
| V. | § | |
| | | (TC# 2012DCV06654) |
| NOEMI E. CHAVEZ, | § | |
| | | |
| APPELLEE. | | |

## **J U D G M E N T**

The Court has considered this cause on the Appellants' motion to dismiss the appeal and concludes the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.